■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALEXSANDER TRIFUNOVSKI, Respondent. [953 NYS2d 100]—Appeal from an order of the Supreme Court, Onondaga County (John J. Brunetti, A.J.), dated August 22, 2011. The order granted the motion of defendant to suppress certain physical evidence.

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed. Present—Fahey, J.P., Peradotto, Carni and Sconiers, JJ.